| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lungstrum, John W. | 2. Court or Organization<br><br>USDC, District of Kansas | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. District Senior Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>517 U.S. Courthouse<br>500 State Avenue<br>Kansas City, KS 66101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and officer | Westward Ho, Inc. (corporation which owns residential property for personal use) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 05/07/2012 - 05/10/2012 | Washington DC | Board of Directors Meeting | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Bank (Money Mkt) | A | Dividend | M | T | Deps. & W/ds | | | | |
| 2. Tucson AZ Wtr Dist. (Bond) | A | Interest | K | T | | | | | |
| 3. College Station TX School District (Bond) | B | Interest | K | T | | | | | |
| 4. Johnson Cty, KS Water Dist | A | Interest | K | T | | | | | |
| 5. Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 6. EV Floating Rate A | A | Interest | K | T | Buy | 06/11/12 | K | | |
| 7. Lawrence KS GO (Bond) | A | Interest | | | Sold | 10/15/12 | J | A | |
| 8. Johnson Co Wtr Dist (Bond) | B | Interest | | | Sold | 12/03/12 | K | A | |
| 9. Derby GO (Bond) | B | Interest | | | Sold | 12/03/12 | K | A | |
| 10. Glassboro NJ (Bond) | B | Interest | K | T | Buy | 06/11/12 | J | | |
| 11. Clearbridge Energy (Stock) | B | Dividend | K | T | Buy | 10/11/12 | K | | |
| 12. Coffeyville Electric Utility (Bond) | A | Interest | | | Sold | 06/01/12 | J | A | |
| 13. Johnson Co Wtr Dist (Bond) | B | Interest | | | Sold | 12/03/12 | K | A | |
| 14. EV Kansas Municipals (Mutual fund) | C | Interest | K | T | | | | | |
| 15. Blackrock Res & Comm Strat TR (stock) | B | Dividend | J | T | | | | | |
| 16. Gabelli Div & Incm TR (stock) | B | Dividend | K | T | | | | | |
| 17. Tortoise MLP Fund Inc. (stock) | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA | E | Interest | O | T | | | | | |
| 19. -MSDW Liq. Asset (Money market fund) | | | | | | | | | |
| 20. -Select Future Fund (Mutual Fund) | | | | | | | | | |
| 21. -Goldman Sachs Group, Inc. (Bond) | | | | | | | | | |
| 22. -May Dept. Stores Co. (Note) | | | | | | | | | |
| 23. -Lord Abbott Bond Deb C (Mutual Fund) | | | | | | | | | |
| 24. -Invesco Commodities Strat A (Mutual Fund) | | | | | | | | | |
| 25. -SBC Communications Inc. (Bond) | | | | | Sold | 06/14/12 | J | A | |
| 26. -Oppenheimer Int'l Bond FD (Mutual Fund) | | | | | | | | | |
| 27. -MS Charter Graham (Mutual Fund) | | | | | | | | | |
| 28. -MS Charter Aspect L (Mutual Fund) | | | | | | | | | |
| 29. -MS Spectrum Tech (Mutual Fund) | | | | | | | | | |
| 30. -MS Emerging Mkts Domestic Debt (Mutual Fund) | | | | | | | | | |
| 31. -Van KMPN Dynamic CR OPP Fund (Mutual Fund) | | | | | | | | | |
| 32. -H&Q Healthcare Fd (Mutual Fund) | | | | | | | | | |
| 33. -Blackrock US Opportunities (Mutual Fund) | | | | | Sold (part) | 06/14/12 | J | A | |
| 34. -Blackrock Equity Div (Mutual Fund) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Henderson Int'l Opportunities (Mutual Fund) | | | | | Buy (add'l) | 06/14/12 | J | | |
| 36. -Jennison Nat'l Resources A (Mutual Fund) | | | | | Buy (add'l) | 06/14/12 | J | | |
| 37. -Lazard Emerging Markets Open (Mutual Fund) | | | | | Sold (part) | 06/14/12 | J | A | |
| 38. -Nuveen Tradewinds Val Opp. A (Mutual Fund | | | | | Sold | 06/14/12 | K | A | |
| 39. -Oppenheimer Gold & Spec Min A (Mutual Fund) | | | | | Buy (add'l) | 06/14/12 | J | | |
| 40. -Thornburg Int'l Value A (Mutual Fund) | | | | | Buy (add'l) | 06/14/12 | J | | |
| 41. -Tortoise MLP (Mutual Fund) | | | | | | | | | |
| 42. -Alger Small Cap Growth Inst (Mutual Fund) | | | | | Sold | 06/14/12 | K | A | |
| 43. -Nuveen GBL VLE OPPORT (mutual fund) | | | | | Sold | 06/14/12 | J | A | |
| 44. -Aston/Montag & Caldwell GRW N (Mutual Fund) | | | | | Sold (part) | 01/19/12 | J | A | |
| 45. -Aston/Montag & Caldwell GRW N (Mutual Fund) | | | | | Sold (part) | 06/14/12 | J | A | |
| 46. -Blackrock Equity Div A (Mutual Fund) | | | | | Sold (part) | 06/14/12 | J | A | |
| 47. -Invesco Premier PTF (Mutual Fund) | | | | | Buy | 06/14/12 | J | | |
| 48. -Invesco Premier PTF (Mutual Fund) | | | | | Sold (part) | 07/17/12 | J | A | |
| 49. -Artisan Midcap Value (Mutual Fund) | | | | | Buy | 06/14/12 | K | | |
| 50. -Royce Value Plus (Mutual Fund) | | | | | Buy | 06/14/12 | K | | |
| 51. -Invesco Floating Rate A (Mutual Fund) | | | | | Buy | 06/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -JP Morgan Chase & Co (bond) | | | | | Buy | 06/12/12 | J | | |
| 53. -Tortoise North Am Energy Corp (stock) | | | | | Buy | 06/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

I have treated reinvestment programs as exempt because they merely represent a change in the form of the asset.

With regard to Line 1, I have not provided dates and value codes because the transactions are numerous, usually small and are the equivalent of bank deposits and withdrawals. Morgan Stanley Bank was formerly known as Morgan Stanley Liquid Asset Fund.

With regard to the IRA (line 18), I have only shown interest in Column B(2) because the computer program would permit listing only one type. However, dividends and capital gains were also realized by the IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Lungstrum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544